**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Serafin RAMIREZ–DE LA CRUZ,**
**Defendant–Appellant.**

No. 09–30147.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 4, 2010.

Jane Hawkins Shoemaker, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Ellen C. Pitcher, Assistant Federal Public Defender, FPDOR—Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Jose Serafin Ramirez–De La Cruz appeals from the 57–month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

■ Ramirez–De La Cruz contends that his sentence is unreasonable because: (1) it is based on a 16–level enhancement, pursuant to U.S.S.G. § 2L1.2(b)(1)(A), which is an inherently flawed Guideline; (2) application of the 16–level enhancement resulted in a Guidelines' range that was greater than necessary to achieve the purposes of sentencing; (3) the district court failed to consider the 18 U.S.C. § 3553(a) sentencing factors; and (4) the district court failed to consider his argument regarding the 16–level increase and his argument in favor of a departure based on assimilation. The record indicates that the district court did not procedurally err and that Ramirez–De La Cruz's sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc); *cf. United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1054–58 (9th Cir.2009).

■ In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir.2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**AFFIRMED; REMANDED to correct the judgment.**